## Ciarmoli *v.* Ciarmoli, Appellant.

Submitted September 9, 1969. *Alexander Schamban*, for appellant; *Francis R. Lord*, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.